**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000175
10-DEC-2025
07:57 AM
Dkt. 194 ODMR**

NO. CAAP-25-0000175

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

W.G., Plaintiff-Appellee, v.
D.S., Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
HILO DIVISION
(CASE NO. 3DV121000235)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Presiding Judge, and Wadsworth and Guidry, JJ.)

Upon consideration of the 2025.12.1 ICA Motion for Reconsideration (Motion), filed on December 1, 2025, by self-represented Defendant-Appellant D.S. (Appellant), and the record, it appears that:

(1) Appellant seeks reconsideration of this court's Summary Disposition Order, filed on November 25, 2025;[1]

(2) Appellant does not present new evidence or arguments that could not have been presented in the opening brief, filed on July 2, 2025, see Citizens for Equitable & Responsible Gov't v. Cnty. of Hawaiʻi, 108 Hawaiʻi 318, 335, 120 P.3d 217, 234 (2005); and

(3) Appellant presents no point of law or fact that this court overlooked or misapprehended. See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

---

[1] We note that Appellant prevailed on appeal inasmuch as we vacated the disputed custody order, which is the only relief we could grant in these circumstances.

Therefore, IT IS HEREBY ORDERED that the Motion is denied.

DATED:  Honolulu, Hawaiʻi, December 10, 2025.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge